**FILED & ENTERED**

JAN 22 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>TBETTY, INC.,<br><br>Debtor. | Case No.: 2:17-bk-21275-ER<br><br>Chapter: 7<br><br>Adv. No.: 2:19-ap-01404-ER |
| PETER J. MASTAN, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>KENNY HWANG, AKA KYOUNG HWANG, AKA KYOUNG SUB HWANG, an individual, MIREA HWANG, an individual, HYUN HWANG, an individual, TRI BLOSSOM, LLC, a California Limited Liability Company, K2 AMERICA, INC., a California Corporation; and DOES 1-10, Inclusive, | **JUDGMENT PER STIPULATION**<br><br>[No Hearing Required] |

The Court, having considered the "Stipulated Final Judgment" (the "Stipulated Judgment")[1] entered into by plaintiff Peter J. Mastan, Chapter 7 Trustee ("Plaintiff") for the bankruptcy estate ("Estate") of Tbetty, Inc. (the "Debtor"), on the one hand, and defendant TRI. BLOSSOM, LLC ("Defendant") (collectively, Plaintiff and Defendant are referred to as the "Parties"), the Court having considered all pleadings and documents filed in the case, and good cause appearing thereto,

/ / /

---

[1] Defined terms in the Stipulated Judgment shall have the same meaning herein.

**IT IS HEREBY ORDERED** as follows:

1. The Stipulated Judgment is approved;

2. This judgment pertains to real property commonly known as 3512 Buena Vista Avenue, Glendale, California 91208 (the "Property"). The Property is legally described as follows:

> LOT 13 IN BLOCK 12 OF SPARR HEIGHTS IN THE CITY OF GLENDALE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA AS PER MAP RECORDED IN BOOK 59, PAGE 34 OF SEQ., OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
>
> APN: 5615-005-013

3. The transfer of the Property on July 5, 2017 to Defendant by way of Grant Deed recorded in Los Angeles County on August 4, 2017 as Instrument Number 17-883590 is avoided pursuant to 11 U.S.C. § 548(a)(1)(B), and ordered recovered pursuant to 11 U.S.C. § 550 and preserved pursuant to 11 U.S.C. § 551 for the benefit of the Estate;

4. Defendant shall turn over the Property to Plaintiff pursuant to 11 U.S.C. § 542 within fifteen (15) calendar days following the "Effective Date" of the "Global Settlement Agreement and Mutual General Release" (the "Agreement") entered into between the Parties as that term is defined in the Agreement.

5. This Court retains jurisdiction for purposes of enforcing this Stipulated Final Judgment.

**IT IS SO ORDERED.**

###

Date: January 22, 2021

Ernest M. Robles
United States Bankruptcy Judge